

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2022

No. 04-22-00442-CR

**EX PARTE** Juan Antonio Molina **VALENCIA,**

From the County Court, Maverick County, Texas
Trial Court No. 30906
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant filed an "Emergency Motion for Temporary Stay of Proceedings" on July 20, 2022 seeking to stay his criminal trial scheduled for August 8, 2022. We GRANT the motion and ORDER all trial court proceedings in Trial Court Cause No. 30906 pending in Maverick County Court, including the trial setting of August 8, 2022, STAYED pending the disposition of this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court